

# Court of Appeals
# Sixth Appellate District of Texas


# J U D G M E N T

Fantha Dale Johnson, Appellant

No. 06-21-00044-CR          v.

The State of Texas, Appellee

Appeal from the 188th District Court of Gregg County, Texas (Tr. Ct. No. 49528-A).  Memorandum Opinion delivered by Chief Justice Morriss, Justice Stevens and Justice Carter* participating.  *Justice Carter, Retired, Sitting by Assignment.


As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below.  Therefore, we modify the trial court's judgment to reflect that Appellant was convicted of a second-degree felony, and we modify the judgment and the bill of costs by deleting the $15.00 time payment fee.  As modified, we affirm the trial court's judgment.

We note that the appellant, Fantha Dale Johnson, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.


RENDERED APRIL 21, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk